STATE OF NEW JERSEY v. WILLIAM MESSNER.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE GODFREY.

November 9, 1976. Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS
AGAINST IRVING REINGOLD, etc.

November 9, 1976. Petition for certification denied.

BERT T. FISHER v. ROLAND R. SINGER.

November 9, 1976. Petition for certification denied.

BERT T. FISHER v. ROLAND R. SINGER.

November 9, 1976. Cross-Petition for certification denied.

LEONARD GIOGLIO v. DEPARTMENT OF CIVIL SERVICE.

November 9, 1976. Petition for certification denied.